**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**AT CINCINNATI DIVISION**

| | |
|---|---|
| **IN RE:** | **IN PROCEEDINGS UNDER CHAPTER 7** |
| **JOSEPH R HENEGAR**<br>**AKA JOE HENEGAR** | **CASE NO: 19-13796** |
| | **JUDGE: JEFFERY P. HOPKINS** |
| **DEBTOR** | **CHIEF JUDGE** |

<u>**TRUSTEE'S ABANDONMENT OF PROPERTY**</u>

On request of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset of inconsequential value to the estate, to-wit:

1215 Dana Drive, Oxford, OH 45056

FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED.

/s/ Henry E Menninger, Jr
Henry E Menninger, Jr

## CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE/NO OBJECTION

This is to certify that the undersigned has caused the docket to be checked following the

first meeting of creditors and no additional notice request appears thereon or, if one has been

filed, additional notice has been provided to the party requesting same without timely objection.

Respectfully Submitted,

/s/ Matthew Murtland
Shapiro, Van Ess, Phillips & Barragate, LLP
Matthew Murtland (OH-0088290)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: mmurtland@logs.com

EXHIBIT "A"
LEGAL DESCRIPTION

Entire Lot Numbered One Thousand Eight Hundred Forty (1840) as the same is known and designated on the recorded plat of Southern Knoll Subdivision, Section 6, a subdivision located in the City of Oxford, Butler County, Ohio.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 26, 2019, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

### <u>Served by Regular U.S. Mail</u>

Joseph R Henegar
a/k/a Joe Henegar
a/k/a Joseph Henegar
a/k/a Joe R Henegar
1215 Dana Drive
Oxford, OH 45056

### <u>Electronic Mail Notice List</u>

Harry B Zornow
860 NorthWest Washington Boulevard
Eden Roc Suite J
Hamilton, OH 45013

Henry E Menninger, Jr
600 Vine Street
Suite 2500
Cincinnati, OH 45202

U.S. Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202

/s/ Matthew Murtland
Shapiro, Van Ess, Phillips & Barragate, LLP
Matthew Murtland (OH-0088290)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: mmurtland@logs.com